**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:14-cv-00641-MSK

LOUISIANA MUNICIPAL POLICE EMPLOYEES' RETIREMENT SYSTEM, Derivatively on Behalf of THE WESTERN UNION COMPANY,

       Plaintiff,

v.

DINYAR S. DEVITRE,
HIKMET ERSEK,
RICHARD A. GOODMAN,
JACK M. GREENBERG,
BETSY D. HOLDEN,
LINDA FAYNE LEVINSON,
ROBERTO G. MENDOZA,
MICHAEL A. MILES, JR.,
WULF von SCHIMMELMANN, and
SOLOMON D. TRUJILLO,
SCOTT T. SCHEIRMAN, and
STEWART STOCKDALE,

       Defendants,
and

THE WESTERN UNION COMPANY, a Delaware Corporation,

       Nominal Defendant.

## NOTICE OF ENTRY OF APPEARANCE

       Holly Stein Sollod, of the firm Holland & Hart LLP, hereby enters her appearance on behalf of Defendant Stewart A. Stockdale.

2

DATED:  April 10, 2014.

                Respectfully submitted,

                s/*Holly Stein Sollod*
                Holly Stein Sollod
                Holland & Hart LLP
                555 17th Street, Suite 3200
                Denver, CO  80202-3979
                Telephone:  303-295-8085
                Facsimile:   303-975-5395
                Email:  hsteinsollod@hollandhart.com

                ATTORNEYS FOR DEFENDANTS

                Dinyar S. Devitre, Hikmet Ersek, Richard A. Goodman, Jack M. Greenberg, Betsy D. Holden, Linda Fayne Levinson, Roberto G. Mendoza, Michael A. Miles, Solomon D. Trujillo, Scott T. Scheirman, Stewart A. Stockdale and Nominal Defendant The Western Union Company

3

**CERTIFICATE OF SERVICE**

I hereby certify that on April 10, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses denoted on the Court's Electronic Mail Notice List:

*s/Holly Stein Sollod*

6745775_1.DOCX